ROSE'S LEGAL PROJECT

SPECIAL MAIL USA v. CANDELA, CASE NO. 1:95-cr-00438-RJD-ALL
(USA v. GAMBINO, et. al., 95 CR 438)

DATE: MARCH 29, 2017

LEGAL MAIL

To: Office of the Clerk USDC ED BROOKLYN DIVISION
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East, Room 118S
Brooklyn, New York 11201-1818

95cr 438 RJD

From: Mr. Salvatore Candela 15759-054
Federal Correctional Complex
Post Office Box 1000
Petersburg, Virginia 23804-1000

Re: USA v. CANDELA et. al., Case No. 94 CR 438: Government Exhibits 3500-4A through 3500-4Z

Dear Office of the Clerk USDC ED Brooklyn Division;

Received copies of Docket Entries #61 and # 111, thank you. DE# 61 states § 3500 material concerning Anthony Persichetti is marked Government Exhibits 3500-4A through 3500-4Z. Kindly, copy these Government Exhibits from the case file, if available, indicate the total cost necessary, please. I will remit cost of copying. Case file is available till close of April, therefore, I agree to remit copy fee charges in advance, to reserve back and forth communication, okay?

DE# 111 indicates discovery material contained and enclosed with June 28, 1996 Letter to counsel. And Enclosures Clerk of the Court (EDNY) (W/O enclosures). The material is witness statements and sketches, which, are too Government Exhibits. Is your office able to afford cost totals as to every Government Exhibit within my criminal case file, please? § 3500 Government Exhibits totals is specifically requested of your office, please. As to:  1. Michael Ditre § 3500 Gov. Ex.;
2. Angelo Ditre § 3500 Gov. Ex.;
3. Anthony Persichetti 3500-4A through 3500-4Z. I thank you very much for your concern, time, and attention to this.

I REMAIN,

MR. SALVATORE CANDELA

CC: BVS/LTC/SMP-file
USA v. GAMBINO, et. al., 95 CR 438
USA v. CANDELA, 95 CR 438 USDC ED NY BROOKLYN DIVISION-Clerk
CANDELA v. USA, 99-1427 USCA2-Clerk

RETAINED

(GAMBINO, et. al.)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 04 2017 ★
BROOKLYN OFFICE

- 1 -

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C. Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000

Date: March 24, 2017

In Re: Document request
Docket Number: 95-cr-438
To: **Salvatore Candela**

Dear Sir / Madam,

Your letter requesting copies of documents in the above captioned matter was received.

☐ The case file requested is in the federal archives. A ~~$64.00 fee~~ must be provided *for each* file ordered from the Archive Record Center. Please make your check or money order payable to, *"Clerk, U.S. District Court."*

☐ The document(s) you requested are not part of the case at this time.

☐ The documents you requested copied are _____ pages @ 50¢ per page, for a total of $ _____
   Please make your check or money order payable to, *"Clerk, U.S. District Court."*

Comments:

Payment of $1.50 has been received. Docket entry #111 and #61 are enclosed.

With respect to 94-cr-1240 and 94-cr-1238, we are working on trying to locate the case files. They are not at the National Archives Center.

Because Fred Guerino no longer works at the courthouse, to contact Mr. Guerino, please send a written request to Fred Guerino, and we will forward your letter to him on your behalf.

Yours truly,

Douglas C. Palmer
Clerk Of Court
By:    L. Hong

